**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA
SUITE 600
SAN FRANCISCO, CA 94111-3404
TELEPHONE: 415-434-4484
FACSIMILE: 415-434-4507

THOMAS F. CARLUCCI (NV BAR #3208)
KEVIN WOODALL (CA BAR NO. 180650)
LATASHA GARRISON-FULLWOOD (FL BAR NO. 0180602)

HALE LANE PEEK DENNISON AND HOWARD
5441 KIETZKE LANE, SECOND FLOOR
RENO, NEVADA 89511
TELEPHONE: 775 327-3000
FACSIMILE: 775-786-6179

ANTHONY L. HALL (NV BAR 5977)

ATTORNEYS FOR DEFENDANT, VISTEON
CLIMATE CONTROL SYSTEMS, LTD

# UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NEWBERG, </br>     PLAINTIFF, </br>   v. </br> VISTEON CLIMATE CONTROL SYSTEMS, LTD. and DOES I-V; BLACK & WHITE CORPORATIONS I-V; ABLE & BAKER PARTNERSHIPS, inclusive, </br>     DEFENDANTS. | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL** </br></br> CASE NO. CV-N-05-0451- LRH-VPC |

On June 20, 2006, the parties engaged in a settlement conference before Magistrate Judge Valerie Cooke. The parties, after receiving the transcript of the Settlement Conference, were able to reach a mutually agreeable settlement agreement.

This Court granted the parties an extension on the deadline to file the Joint Stipulation of Dismissal until August 4, 2004. However, under the settlement agreement, Plaintiff has a seven day right of rescission that will not expire until August 11, 2006. Plaintiff is not inclined to file the Stipulation of Dismissal prior to the expiration of this period. As a result, the parties will file a stipulation of dismissal upon the expiration of the Plaintiff's right of

---

DEFENDANT VISTEON CLIMATE CONTROLS SYSTEM'S MOTION FOR EXTENSION OF TIME TO FILE
STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO.  05-0451-HDM-VPC

JACK_548879.1

1  rescission.

2  WHEREFORE, Defendant respectfully moves for an Order extending the

3  deadline for the parties to file a Stipulation of Dismissal to August 20, 2006.

4  August 4, 2006                              RESPECTFULLY SUBMITTED

                                                BY: /s/ LATASHA A. GARRISON-FULLWOOD
                                                    THOMAS F. CARLUCCI (NV BAR NO. 3208)
                                                    KEVIN WOODALL (CA BAR NO. 180650)
                                                    FOLEY & LARDNER, LLP
                                                    ONE MARITIME PLAZA, SUITE 600
                                                    SAN FRANCISCO, CA 94111-3404
                                                    TELEPHONES; 415.434.4484
                                                    FACSIMILE: 415.434.4507

                                                    LATASHA GARRISON-FULLWOOD
                                                    (FL BAR NO: 0180602)
                                                    FOLEY & LARDNER, LLP
                                                    ONE INDEPENDENT DRIVE, SUITE 1300
                                                    JACKSONVILLE, FL 32202
                                                    TELEPHONE: 904.359.2000
                                                    FACSIMILE: 904.359.8700

IT IS SO ORDERED.                               HALE LANE PEEK DENNISON AND HOWARD

DATED: August 8, 2006.                          ANTHONY L. HALL, (NV. BAR NO 5977)
                                                5441 KIETZKE LANE, SECOND FLOOR,
                                                RENO, NEVADA 89511
                                                TELEPHONE: 775.327.3000
                                                FACSIMILE: 775.786.6179
_____                     ATTORNEYS FOR DEFENDANT
LARRY R. HICKS                                  VISTEON CLIMATE CONTROLS
UNITED STATES DISTRICT JUDGE                    SYSTEMS, LTD.